ACCEPTED
03-16-00308-CV
13126882
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/7/2016 1:42:19 PM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/7/2016 1:42:19 PM
JEFFREY D. KYLE
Clerk

October 7, 2016

Jeffrey Kyle
Clerk of the Court
209 West 14th Street, Room 101
Austin, TX  78701

RE:   Case No. 03-16-00308-CV; *Ruby Perrault v. Texas Department of Family and Protective Services*; In the Court of Appeals for the Third District of Texas at Austin,

Dear Mr. Kyle:

Please be advised that the undersigned counsel will be on vacation and out of town or otherwise unavailable from Wednesday, November 9th through and including Thursday, Nov 10th, 2016.  Our office will be closed on Friday, November 11th 2016 in honor of Veteran's Day.  I respectfully request that no hearings or deadlines be scheduled during that period.

Thank you for your attention, and please advise if you have any questions.

Very truly yours,
/s/ Ellen Sameth
Ellen Sameth
Assistant Attorney General
Administrative Law Division
Telephone: (512) 936-1838
Facsimile: (512) 474-1062

cc:   Allen Eli Bell
RICHARDS RODRIGUEZ & SKEITH, LLP          *Via: E-file and Email*
       816 Congress Ave., Suite 1200
       Austin, TX  78701
       ebell@rrsfirm.com